### 58005. FULLER v. WILLIAMS et al.

DEEN, Chief Judge.

The prior holding in this court in *Fuller v. Williams,* 150 Ga. App. 730 (258 SE2d 538) (1979), has been reversed by the Supreme Court 244 Ga. 846 (1979). The prior judgment in this case is vacated, and the judgment of the trial court is affirmed.

*Judgment affirmed. Birdsong and Carley, JJ., concur.*

ARGUED MAY 30, 1979 — DECIDED FEBRUARY 4, 1980.

*Theodore G. Frankel,* for appellant.
*James W. Hurt,* for appellees.